# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-2890
_____

JIMMY LEE WHEELER,

    Appellant,

v.

DEPARTMENT OF CORRECTIONS,

    Appellee.

_____


On appeal from the Circuit Court for Leon County.
Karen A. Gievers, Judge.

November 15, 2018

PER CURIAM.

    AFFIRMED.

RAY, KELSEY, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jimmy Lee Wheeler, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Brett Coleman, Assistant Attorney General, Tallahassee, for Appellee.